JOHN A. DICICCO
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 353-1857
E-mail:        boris.kukso@usdoj.gov
                  western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA., | ) | |
|---|---|---|
| | ) | Civil No.2:11-CV-02826-MCE-EFB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | REGARDING LIEN PRIORITY BETWEEN |
| | ) | PLAINTIFF THE UNITED STATES OF |
| DEBRA L. CAMPBELL, ET AL., | ) | AMERICA AND DEFENDANT COUNTY |
| | ) | OF NEVADA TREASURER- TAX |
| Defendants. | ) | COLLECTOR |
| | ) | |

The United States of America and County of Nevada Treasurer-Tax Collector, through their respective attorneys, hereby stipulate and agree as follows:

1. The real property located at 10774 Heather Rd., Truckee, CA (hereafter "the Heather Property") is located in Nevada County and is more particularly described as follows:

> Lot 244 of  Prosser Lakeview Estates Unit No.3, as per map filed in the office of the Nevada County Recorder on January 28, 1969, in Book 3 of Subdivisions, at Page 19.

2. County of Nevada Treasurer-Tax Collector has statutory property tax liens on the Heather Property.

3. On the dates set forth below a duly authorized delegate of the Secretary of Treasury made timely assessments against Defendants Gary D. Campbell and Debra L. Campbell for federal income taxes, penalties, interest, and other statutory additions for the tax years listed below, creating federal tax liens:

| Tax Period | Assessment Date |
| --- | --- |
| 1995 | 3/15/1999 |
| 1996 | 3/22/1999 |
| 1997 | 2/8/1999 |
| 1998 | 12/13/1999 |
| 1999 | 9/11/2000 |
| 2006 | 11/19/2007 |

4. In accordance with 26 U.S.C. § 6323(f), Notices of Federal Tax Lien relating to the assessments described in paragraph three (3) above were duly filed against Defendants Gary D. Campbell and Debra L. Campbell and recorded at the Nevada County Recorder's Office.

5. In accordance with 26 U.S.C. § 6323(f), Notices of Federal Tax Lien relating to the assessments described in paragraph three (3) above were duly filed against the Campbell Living Trust, as the nominee, alter ego, and/or transferee of Defendants Gary D. Campbell and Debra L. Campbell and recorded at the Nevada County Recorder's Office.

6. County of Nevada Treasurer-Tax Collector's statutory property tax liens are senior to and have priority over the United States' federal tax liens.

7. In the event that the Court permits the sale of the Heather Property, the property will be sold free and clear of all liens of record, with the liens to attach to the proceeds of the sale in the same amount and with the same priority that they had against the Heather Property. The proposed Order of Judicial Sale shall provide that

- 2 -

|   |   |
|---|---|
|   | the sale proceeds shall be distributed in accordance with lien priority as agreed in paragraph six (6) above. If the affected parties cannot stipulate to the amounts of lien, the Court may hold an evidentiary hearing to determine the amounts. |
| 8. | The United States and County of Nevada Treasurer-Tax Collector to bear their respective costs related to this litigation, including any possible attorney's fees. |
| 9. | County of Nevada Treasurer-Tax Collector was named as a defendant pursuant to the requirements of 26 U.S.C. § 7403(b).  The United States claims no monetary relief against the County of Nevada Treasurer-Tax Collector in this action. |
| 10. | Unless otherwise ordered by the Court, County of Nevada Treasurer-Tax Collector is excused from further participation in this action, appearing in Court, or otherwise asserting its claim in this case. |

//
//
//
//
//
//
//
//
//
//
//
//

11. The County of Nevada Treasurer-Tax Collector will be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

The parties so agree and request an order confirming the foregoing.

Dated: February 23, 2012                                    Dated: February 23, 2012

By:                                                         By:

   /s/ Boris Kukso                                              /s/ Marcos Kropf
BORIS KUKSO                                                 MARCOS KROPF
Trial Attorney, Tax Division                                Assistant County Counsel
U.S. Department of Justice                                  950 Maidu Avenue, Suite 240
P.O. Box 683, Ben Franklin Station                          Nevada City, CA 95959
Washington, D.C. 20044-0683                                 Telephone: (530) 265-1319
Telephone:    (202) 353-1857                                Facsimile: (530) 265-9840

*Attorney for Plaintiff United States of America*            *Attorney for Defendant County of Nevada Treasurer-Tax Collector*

     IT IS SO ORDERED.

Dated:  April 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 4 -