1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.2:11-CV-02826-MCE-EFB |
| Plaintiff, | ) |
| v. | ) ORDER AWARDING TO PLAINTIFF<br>) REASONABLE EXPENSES INCURRED IN<br>) PREPARING AND FILING MOTION TO |
| DEBRA L. CAMPBELL, ET AL., | ) COMPEL |
| Defendants. | ) |

Pursuant to the Order of August 20, 2012, Dckt. No. 20, and having considered the United States' Statement of Expenses, Dckt. No. 21, within fourteen days of this order, Defendants shall reimburse Plaintiff for the reasonable expenses incurred in making the United States' Motion to Compel, Dckt No. 18, in the total amount of $1,656.

////

////

The payment shall be made by cashier's or certified check payable to the United States Treasury and sent to:

> Department of Justice, Tax Division
> Attn: William E. Thompson, Office of Review
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044
> Memo: CMN 2012100026

SO ORDERED,

DATED:  August 27, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE