UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      No. 2:11-cv-02826-MCE-EFB

    Plaintiff,

  v.                              ORDER CONTINUING TRIAL

DEBRA L. CAMPBELL, ET AL.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the September 23, 2013 bench trial is vacated and continued to **April 7, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 23, 2014.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 25, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's May 2, 2012 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 16, 2014**.  Oppositions must be filed by **January 23, 2014** and any reply must be filed by **January 30, 2014**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE