IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-cv-2826-MCE-EFB |
| vs. | |
| DEBRA L. CAMPBELL;<br>GARY D. CAMPBELL, | |
| Defendants. | ORDER |
| _____/ | |

On November 28, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 29) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 28, 2012, are ADOPTED;

2. Plaintiff's motion for sanctions (ECF No. 23) is GRANTED;

3. The answers filed by Gary Campbell and Debra Campbell (ECF No. 10) are STRICKEN;

4. The Clerk is directed to enter default against Gary Campbell and Debra Campbell pursuant to Federal Rule of Civil Procedure 55(a);

5. Within thirty days of the date of this order, defendants Gary Campbell and Debra Campbell are required to reimburse plaintiff's counsel for the reasonable expenses incurred in connection with the motion for sanctions in the amount of $1674.00, as set forth in the Declaration of Boris Kukso (ECF No. 30); and

6. Plaintiff is ORDERED to file a motion for entry of default judgment within 14 days of the clerk's entry of the defendants' default.

Dated: January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE