IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEBRA L. CAMPBELL;
GARY D. CAMPBELL,

    Defendants.

No. 2:11-cv-2826-MCE-EFB

ORDER

_____/

On May 8, 2013, this case was before the undersigned on plaintiff's motion for default judgment. Dckt. No. 35. Attorney Boris Kukso appeared telephonically at the hearing on behalf of plaintiff; no appearance was made on behalf of defendants.

At the hearing, after the court raised questions regarding Mr. Kukso's communications with defense counsel Robert Huckaby at Mr. Huckaby's email address of record and concerns that Mr. Huckaby may not be receiving emails at that email address, Mr. Kukso agreed to re-serve the motion for default judgment on Mr. Huckaby via U.S. mail.[1] The court also raised

---

[1] It is a party's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Here, because defense counsel has registered for electronic filing in this district and did not opt out of the agreement to accept service by electronic means, service on defense counsel via a Notice of Electronic Filing constitutes service pursuant to Federal Rule of Civil

1

some questions regarding the substance of the default judgment motion; therefore, Mr. Kukso indicated that he will revise the motion to address those questions.

As discussed at the May 8, 2013 hearing, plaintiff's revised motion for default judgment will be heard on June 26, 2013 at 10:00 a.m. in Courtroom No. 8.  Accordingly, pursuant to Eastern District of California Local Rule 230(b), plaintiff shall file and mail serve on defendants a revised motion for default judgment on or before May 29, 2013.  Pursuant to Local Rules 230(c) and (d), any opposition to the motion shall be filed on or before June 12, 2013 and any reply shall be filed on or before June 19, 2013.

SO ORDERED.

Dated: May 9, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

Procedure 5(b)(2)(E).  *See* E.D. Cal. L.R. 135(a), (g).  However, out of an abundance of caution and because Rule 5(b)(2)(E) provides that electronic service "is not effective is the serving party learns that it did not reach the person to be served," plaintiff's counsel agreed to serve a revised motion for default judgment via mail service.