UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cv-2826-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DEBRA L. CAMPBELL; and GARY D. CAMPBELL, | |
| Defendants. | |

Plaintiff's revised motion for entry of default judgment came on regularly for hearing before the magistrate judge on June 26, 2013. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On July 10, 2013, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 10, 2013, are adopted in full;

/////

1

2. The United States' motion for default judgment against defendants, ECF No. 40, is granted;

3. Default judgment is entered in favor of the United States and against defendants Gary and Debra Campbell, as follows:

    (a) that as of March 1, 2013, defendants Gary and Debra Campbell are indebted to the United States, jointly and severally, in the amount of $583,319.96, plus accrued statutory interest and additions under 26 U.S.C. §§ 6601, 6621, compounded daily as required by 26 U.S.C. § 6622, less any payments or credits, until paid in full, for the unpaid balance of Federal Income Tax for tax years 1995, 1996, 1997, 1998, 1999, and 2006;

    (b) that the United States has valid federal tax liens which attach to all property and rights to property of defendants Gary and Debra Campbell, both real and personal, tangible and intangible, including their interest in the real property commonly known as 10774 Heather Rd., Truckee, CA;

    (c) that the Campbell Living Trust is a self-settled trust, that its spendthrift provision is not enforceable under California Law, and that to extent the Campbell Living Trust has any interest in real property at issue, the United States' federal tax lien attaches to that interest;

    (d) that the United States' tax lien encumbering the real property at issue be foreclosed, and that within 21 days of any order granting default judgment against defendants, the United States be required to submit to the court a proposed Order of Foreclosure and Decree of Sale setting forth the terms and conditions of sale; and

    (e) that defendants Gary and Debra Campbell are indebted to the United States, jointly and severally, in the additional amount of $3,326 which they were required to pay by the Court's orders dated August 27, 2012 and January 22, 2013.

Date: August 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT