### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**UNITED STATES OF AMERICA**

**DEFAULT JUDGMENT**

    **v.**

**Case No. 2: 11-CV-2826 MCE EFB**

**DEBRA L. CAMPBELL; and GARY D. CAMPBELL**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

        **DEBRA L. CAMPBELL; and**
        **GARY D. CAMPBELL**

August 16, 2013

          Marianne Matherly, CLERK

          By_:   /s/ D. Waggoner_____
          D. Waggoner, Deputy Clerk